# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 5: 21-CM-02
)
17853 North Mount Olive Rd., )
Gravette, AR 72736 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Described in Attachment A

located in the _____Western_____ District of _____Arkansas_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Described in Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a); 40 U.S.C. § 5104(e)(2); | Knowingly Entering or Remaining in any Restricted Bldgs or Grounds; Violent Entry/Disorderly Con. on Capitol Grounds |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Kimberly R. Allen*
Applicant's signature

FBI SA Kimberly Allen
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/11/2021

*Erin L. Wiedemann*
Judge's signature

City and state: Fayetteville, AR

Erin L. Wiedemann, Chief U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>17853 North Mount Olive Rd.,<br>Gravette, AR 72736<br>UNDER RULE 41 | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION UNDER RULE 41 FOR A
WARRANT TO SEARCH AND SEIZE**

I, Kimberly Allen, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this Affidavit in support of an Application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the following:

2. The premises to be searched is a residence located at 17853 North Mount Olive Rd., Gravette, AR 72736, any vehicles on the premises including any locked or closed compartments and movable containers therein. The premises to be searched is further described as a residence located in a wooded area. Physical surveillance of the property could not be conducted because the residence is located in the wooded area. An open source search of the residence disclosed that the residence appears to have a pool, vehicles, and several outer buildings. State of Arkansas Driver License records disclosed that Richard Barnett had a listed address of 17853 N Mount Olive Rd., Gravette, AR 72736. A search of records maintained by the United States Small Business Administration disclosed Richard Barnett applied for a Paycheck Protection Program loan and a residence was disclosed as 17853 Mount Olive Rd., Gravette, AR 72736. The

premises to be searched is further described in Attachment A and will be searched for the items described in Attachment B.

3. I am a Special Agent with the Federal Bureau of Investigation and have been since September 2019. I am currently assigned to the Fayetteville Resident Agency. As part of my duties as an FBI agent, I investigate national security matters related to domestic and international terrorism. I have received basic training at the FBI Academy in Quantico, Virginia regarding venues, internet platforms, and social media that individuals utilize to engage in domestic and international terrorism activity.

4. This Affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1752(b)(1)(A)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority while Carrying a Dangerous Weapon and 40 U.S.C. §5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds have been committed by Richard Barnett. As explained below, there is also probable cause to search the premises described in Attachment A for evidence of these crimes, and contraband or fruits of these crimes, as described in Attachment B.

## PROBABLE CAUSE

6. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. Specifically,

elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate chamber.

7. With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, at approximately 2:15 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until approximately 8:00 p.m.

8. During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

9. United States Capitol Police ("Capitol Police") learned that an individual entered the restricted office area of the Speaker of the House of Representatives Nancy Pelosi and took photographs with his feet propped up on furniture. Those photos were circulated on numerous news media platforms which identified the individual as RICHARD BARNETT of Gravette, Arkansas. Capitol Police searched law enforcement databases including Department of Motor Vehicle records and obtained a photograph and biographical information for BARNETT. These records confirmed that the individual in the news photographs did in fact appear to be RICHARD BARNETT of Gravette, Arkansas.

10. The photos circulated by news media depict BARNETT in and around U.S. Capitol property. One photo shows BARNETT seated inside of Nancy Pelosi's office with his feet propped on a desk with an America flag lying on an adjacent credenza. BARNETT is wearing a hat, plaid jacket, blue jeans, and brown boots in the photo. Another photo depicts BARNETT seated holding an envelope in his left hand addressed to The Honorable Billy Long 2453 Rayburn House Office Building Washington, D.C. 20515 and a digital signature of Nancy Pelosi. In another photo, an individual whose face is blocked by a flag but appears to be BARNETT based on his clothing is

seated at a different desk with his feet propped holding an American flag and a cell phone. Another unidentified individual in a brown jacket is sitting next to him on a couch.

11. Video surveillance from a camera positioned outside of the Speaker's main office door captures individuals entering and exiting the office. At approximately 2:30 p.m., several unidentified individuals appear to try the door to the office however the door is locked. At approximately 2:33 p.m. an unidentified individual pushes in the door to the office. At 2:50 p.m. BARNETT is captured on surveillance video carrying an American flag and a cellular phone while entering the doors which lead to the Speaker's conference room adjoining the main office space. BARNETT appears to be recording video or taking photographs as he enters the room. Additionally, as he is entering, he is following behind the unidentified individual in the brown jacket. At 2:56 p.m. BARNETT is captured leaving the main office doors of the Speaker's office space with only a phone in his hand.

12. On the same date, BARNETT spoke to media outlets in a video recording. In the recording, BARNETT is wearing the same hat and plaid jacket as worn inside of the Speaker's office except that BARNETT appears to have removed his shirt. BARNETT is asked by a person off camera how BARNETT obtained an envelope he is holding, which was addressed to The Honorable Billy Long 2453 Rayburn House Office Building Washington, D.C. 20515 with a return address of Office of the Speaker U.S. House of Representatives Washington, D.C. 20515 and a digital signature of Nancy Pelosi. BARNETT states "I did not steal it. I bled on it because they were macing me and I couldn't fucking see so I figured I am in her office. I got blood on her office.

5

I put a quarter on her desk even though she ain't fucking worth it. And I left her a note on her desk that says "Nancy, Bigo was here, you Bitch."

13. In another photograph which appears to be taken outside on Capitol grounds, BARNETT is depicted holding the envelope he purported to have taken from Speaker Pelosi's office. Based on the writing on the envelope, the envelope appears to be the same envelope BARNETT was photographed holding inside of the office building.

14. Furthermore, I have reviewed numerous open-source news articles that show Barnett in the Speaker's office and holding a cell phone in his hand.

15. Between January 6 and January 7, 2021, Barnett contacted law enforcement in Arkansas and indicated that he would travel back to Arkansas from Washington, D.C. and that he would meet with law enforcement regarding its investigation into the above-referenced offenses on the morning of January 8, 2021.

16. On January 7, 2021, an arrest warrant and complaint were signed by U.S. Magistrate Judge charging Barnett with violations of 18 U.S.C. § 1752(a)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 40 U.S.C. §5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds 18 U.S.C. § 641 – Theft of Public Money, Property, or Records.

17. On January 8, 2021, Barnett surrendered himself to law enforcement custody in Benton County Sherriff's Office in Bentonville, Arkansas. At the time of his surrender, Barnett

turned over to law enforcement the envelope which was taken from Speaker Pelosi's office. Law Enforcement inquired of Barnett about his cellular device and Barnett indicated it was not on his person. He also commented that the agents may not find much at his house because he had people packing it up the night before. Barnett did indicate he spent the night of January 7, 2021 at his home at 17853 Mount Olive Rd. Barnett indicated that he recorded events at the Capitol but was not specific as to how he recorded it.

18. On January 8, 2021, law enforcement conducted a search pursuant to a search warrant at Barnett's home located at 17853 Mount Olive Rd. During the course of the search warrant law enforcement seized a number of mobile electronic devices including cellular phones and tablets and certain items of clothing. Law enforcement also took pictures of various items in the home. One item that was photographed inside the home was the packaging for a ZAP Hike n' Strike Hiking Staff High Voltage Stun Gun Device.



19.     Between January 9 and January 10, 2021, based on a tip, law enforcement again reviewed the photograph of Defendant Barnett in Speaker Pelosi's office and were able to view that the defendant appeared to have the ZAP Hike n' Strike High Voltage Stun Gun on his person while seated in Speaker Pelosi's office.

8



20.     Based on the foregoing there is probable cause to believe that a search of the defendant's residence would return additional evidence of violations of 18 U.S.C. § 1752(b)(1)(A)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority while Carrying a Dangerous Weapon and 40 U.S.C. §5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds.

## CONCLUSION

21.     I submit that this Affidavit supports probable cause for a warrant to search the premises as described in Attachment A and seize the items described in Attachment B.

## REQUEST FOR SEALING

22. It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this Application, including the Application and Search Warrant. I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing criminal investigation into the violations of federal law by Richard Barnett. Based upon my training and experience, I have learned that criminals actively search for criminal Affidavits and Search Warrants via the Internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums. Premature disclosure of the contents of this Affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Respectfully submitted,

*Kimberly Allen*
Kimberly Allen
Special Agent
FBI

Subscribed and sworn to before me on this 11th day of January, 2021:

*Erin L. Wiedemann*
THE HONORBALE ERIN L. WIEDEMANN
CHIEF UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## PREMISES TO BE SEARCHED

The premises to be searched is a residence located at 17853 North Mount Olive Rd., Gravette, AR 72736, any vehicles on the premises including any locked or closed compartments and movable containers therein. The premises to be searched is further described as a residence located in a wooded area. Physical surveillance of the property could not be conducted because the residence is located in the wooded area. An open source search of the residence disclosed that the residence appears to have a pool, vehicles, and several outer buildings. State of Arkansas Driver License records disclosed that Richard Barnett had a listed address of 17853 N Mount Olive Rd., Gravette, AR 72736. A search of records maintained by the United States Small Business Administration disclosed Richard Barnett applied for a Paycheck Protection Program loan and a residence was disclosed as 17853 Mount Olive Rd., Gravette, AR 72736.

## **ATTACHMENT B**

## **PROPERTY TO BE SEIZED**

The items to be seized are fruits, evidence, or instrumentalities of and relating to violations of 18 U.S.C. § 1752(b)(1)(A)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority while Carrying a Dangerous Weapon and 40 U.S.C. §5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds:

This includes but is not limited to the following:

a. Records, information, and communications relating to the identity or location of perpetrators, aiders and abettors, coconspirators, and accessories after the fact;

b. Indicia of occupancy, residency, and/or ownership of real property;

c. ZAP Hike 'n Strike Hiking Staff High Voltage Stun Gun, any packaging for this item, and any documents related to the purchase or ownership of this item.

## ATTACHMENT C

